IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHELDON KRESLER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-2987

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.
_____/

Opinion filed January 9, 2017.

Petition for Writ of Certiorari -- Original Jurisdiction.

Sheldon Kresler, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.